Commonwealth *v.* Allison, Appellant.

Submitted November 17, 1972. *Warren R. Keck, III,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, and *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Atkinson, Appellant.

Submitted November 15, 1972. *Albert D. Massi,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.